**Order entered November 20, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00515-CV

## IN THE INTEREST OF K.L.H., R.A.L.H, S.C.H., E.N.H., S.L.H. AND F.A.H., CHILDREN

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-07-01903**

## ORDER

We **GRANT** appellant's November 18, 2014 unopposed motion for second extension of time to file brief and **ORDER** the brief be filed no later than December 26, 2014.  We caution appellant that no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
JUSTICE